THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY WILL, Respondent, *v.* JANE E. BANGS and others, Appellants.

Judgment of Special Term reversed and decision of the County Judge affirmed, with costs of the appeal.

Hardin, J., not sitting.

---

CHARLES LEONARD, Overseer, etc., Appellant, *v.* CONRAD LOOS and others, Respondents.

Judgment and order affirmed. *Held*, that the evidence as to the small size and the obscurity of the letters in the word "hotel," was material only so far as it tended to show an intent on the part of the defendants to evade the statute, and as there was no request to submit the question of such intent to the jury, the exceptions taken to the charge and the refusal to charge, respecting the size of the letters on the sign, are not available to the appellant

---

ELIZABETH S. SALTER, as Administratrix, etc., Appellant, *v.* UTICA AND BLACK RIVER RAILROAD COMPANY, Respondent.

Order of Special Term affirmed as to the item for interest and reversed as to the item for printing, without costs of this appeal to either party.

---

JENNIE W. HALL, Respondent, *v.* EATON J. RICHARDSON, Appellant.

Motion for reargument denied, with ten dollars costs.

---

WILLIAM J. KING, Jr., Respondent, *v.* THOMAS J. LEIGHTON, Appellant.

Motion for reargument and to modify judgment denied with ten dollars costs.